# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. HOLLEY, <br><br> Petitioner, <br><br> v. <br><br> SUPERINTENDENT CYNTHIA LINK, *et al.*, <br><br> Respondents. | NO. 1:17-CV-00155 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) Petitioner Charles Holley's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED**.

(2) A Certificate of Appealability **SHALL NOT** issue.

(3) The Clerk of Court is directed to mark this action **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge